IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

VINCENT HEARN,

      Plaintiff,

v.

EDGY BEES INC., and ADAM KAPLAN,

      Defendants.

Civil Action No. 8:21-cv-02259-GJH

### EDGY BEES INC.'S DISCLOSURE STATEMENT

Pursuant to Local Rule 103.3, Edgy Bees Inc. ("Defendant" or "Edgybees") hereby submits the following Disclosure of Affiliations and Financial Interest.

**a) Corporate Affiliations**

1. Edgybees Ltd. – parent.
2. Edgybees (UK) Limited – corporate affiliate

**b) Financial Interests in the Outcome of the Litigation**

1. None.

Dated: June 10, 2022

/s/ Thomas P. Gies
Thomas P. Gies (D. Md. Bar No. 17412)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595
Tel.: (202) 624-2500
Fax: (202) 628-5116
Email: TGies@crowell.com

*Attorney for Defendant*
*Edgy Bees Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2022, the foregoing **EDGY BEES INC.'S DISCLOSURE STATEMENT** was served on the following counsel of record, via the Court's CM/ECF system:

Marc E. Pasekoff
Kalijarvi Chuzi Newman & Fitch, P.C.
818 Connecticut Avenue, NW, Suite 1000
Washington, DC 20006
Tel.: (202) 331-9260
Fax: (855) 326-5993
Email: mpasekoff@kchlaw.com

*Attorneys for Plaintiff*

Dated:  June 10, 2022

*/s/ Thomas P. Gies*
Thomas P. Gies (D. Md. Bar No. 17412)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595
Tel.: (202) 624-2500
Fax: (202) 628-5116
Email: TGies@crowell.com

*Attorney for Defendant
Edgy Bees Inc.*