IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| VINCENT HEARN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDGY BEES INC., and ADAM KAPLAN,<br><br>　　　　Defendants. | Civil Action No. 8:21-cv-02259 |

### DEFENDANT EDGY BEES INC.'S PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW Defendants Edgy Bees Inc. ("Edgybees"), by counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court for an Order dismissing Counts VIII and IX of Plaintiff Vincent Hearn's First Amended Complaint ("FAC"), with prejudice. As explained in the Memorandum in Support of this Motion, filed contemporaneously herewith, Plaintiff Vincent Hearn's FAC fails to allege any plausible causes of action for Counts VIII and IX against Edgybees.

WHEREFORE, in consideration of the foregoing, Edgybees respectfully requests the Court issue an Order dismissing Counts VIII and IX of the FAC, with prejudice, and grant it such other and further relief as the Court deems just and appropriate.

Dated:  August 31, 2022

*/s/ Thomas P. Gies*
Thomas P. Gies (D. Md. Bar No. 17412)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595
Tel.: (202) 624-2500
Fax: (202) 628-5116
Email: TGies@crowell.com

*Attorney for Defendants*
*Edgy Bees Inc. and Adam Kaplan*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2022, the foregoing **DEFENDANT EDGY BEES INC.'S PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** was served on the following counsel of record, via the Court's CM/ECF system:

Richard R. Renner
Kalijarvi Chuzi Newman & Fitch, P.C.
818 Connecticut Avenue, NW, Suite 1000
Washington, DC 20006
Tel.: (202) 331-9260
Fax: (855) 326-5993
Email: rrenner@kcnlaw.com

*Attorney for Plaintiff*

Dated:  August 31, 2022                    */s/ Thomas P. Gies*
Thomas P. Gies (D. Md. Bar No. 17412)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595
Tel.: (202) 624-2500
Fax: (202) 628-5116
Email: TGies@crowell.com

*Attorney for Defendants*
*Edgy Bees Inc. and Adam Kaplan*