IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

VINCENT HEARN,

          Plaintiff,

   v.

EDGY BEES INC., and ADAM KAPLAN,

          Defendants.

Civil Action No. 8:21-cv-02259

## DEFENDANT ADAM KAPLAN'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW Defendant Adam Kaplan ("Kaplan"), by counsel and pursuant to Rules 12(b)(2) and (5) and 4(m) and (f) of the Federal Rules of Civil Procedure, moves this Court for an order dismissing the First Amended Complaint ("FAC") against Kaplan.

As explained in the Memorandum in Support of this Motion, filed contemporaneously herewith, Plaintiff Vincent Hearn has known since at least October 27, 2021 that his attempted service of process on Kaplan was defective (service was formally quashed May 23, 2022), and yet he has made no attempt to re-serve Kaplan in the ten months since that time. Plaintiff has therefore exceeded the time allotted by Federal Rule of Civil Procedure 4(m) to serve Kaplan domestically and has failed to act diligently in serving Kaplan internationally under Rule 4(f). The FAC should therefore be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(5). The FAC against Kaplan should also be dismissed in its entirety for lack of personal jurisdiction pursuant to Rule 12(b)(2).

WHEREFORE, in consideration of the foregoing, Kaplan respectfully requests the Court issue an order dismissing the FAC against Kaplan and granting him such other and further relief as the Court deems just and appropriate.


Dated:  August 31, 2022                          /s/ Thomas P. Gies
                                                 Thomas P. Gies (D. Md. Bar No. 17412)
                                                 CROWELL & MORING LLP
                                                 1001 Pennsylvania Avenue, N.W.
                                                 Washington, DC  20004-2595
                                                 Tel.: (202) 624-2500
                                                 Fax: (202) 628-5116
                                                 Email: TGies@crowell.com

                                                 *Attorney for Defendants*
                                                 *Edgy Bees Inc. and Adam Kaplan*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 31st day of August, 2022, the foregoing **DEFENDANT**

**ADAM KAPLAN'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED**

**COMPLAINT** was served on the following counsel of record, via the Court's CM/ECF system:

> Richard R. Renner
> Kalijarvi Chuzi Newman & Fitch, P.C.
> 818 Connecticut Avenue, NW, Suite 1000
> Washington, DC 20006
> Tel.: (202) 331-9260
> Fax: (855) 326-5993
> Email: rrenner@kcnlaw.com
>
> *Attorney for Plaintiff*

Dated:  August 31, 2022

> */s/ Thomas P. Gies*
> Thomas P. Gies (D. Md. Bar No. 17412)
> CROWELL & MORING LLP
> 1001 Pennsylvania Avenue, N.W.
> Washington, DC  20004-2595
> Tel.: (202) 624-2500
> Fax: (202) 628-5116
> Email: TGies@crowell.com
>
> *Attorney for Defendants*
> *Edgy Bees Inc. and Adam Kaplan*