# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Greenbelt Division

| | |
|---|---|
| VINCENT HEARN, | |
| Plaintiff, | Civil Action No. DKC 21-2259 |
| v. | |
| EDGY BEES, INC., | Hon. Deborah K. Chasanow |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Vincent Hearn and Defendant Edgy Bees, Inc., have consented to the voluntary dismissal of this case, with prejudice.

A proposed order is attached which will dismiss the case accordingly.

WHEREFORE, the parties jointly request that the attached order be entered.

Respectfully submitted,



_____
Stephen B. Pershing, Esq.
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
818 Connecticut Ave., N.W., Suite 1000
Washington, D.C. 20006
(202) 331-9260
spershing@kcnlaw.com

*Counsel for Plaintiff*

/s/   Thomas Gies

_____
Thomas Gies, Esq.
CROWELL & MORING, LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004-2595
Tel: (202) 624-2500
tgies@crowell.com

*Counsel for Defendant*

Dated:  December 13, 2023

^   ^   ^

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2023, I electronically filed the foregoing consent motion for voluntary dismissal, and proposed order, with the Court's CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

_____
Stephen B. Pershing